Decided November 29, 2000

DONNA L. KROLL ET AL. *v.* KENNETH W. STEERE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 376 (AC 19276), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ralph J. Monaco,* in support of the petition.

*William C. Kroll,* in opposition.

Decided November 29, 2000